IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LASHONDA JORDAN, Individually
AND STATE OF MISSISSIPPI EX REL.
LASHONDA JORDAN                                                                  PLAINTIFF

VERSUS                                                        NO. 3:16CV467-TSL-RHW

TEDRICK LIDDELL, In His Individual Capacity
AND TRAVELERS CASUALTY & SURETY CO.                          DEFENDANTS

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, LaShonda Jordan, by and through counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), and files her Notice of Voluntary Dismissal Without Prejudice as to the Defendant Travelers Casualty & Surety Company.

Respectfully submitted, this the 3rd day of October, 2016.

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS
MS BAR NO. 10259

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, MS 38804
662.840.0270 / Phone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / Email

Attorney for Lashonda Jordan

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Katherine S. Kerby, Esq.
Kerby Law Office
Post Office Box 551
Columbus, Mississippi 39703
ksearcyk@bellsouth.net

This the 3rd day of October, 2016.

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS